BEFORE THE THIRD DIVISION, JULY 6, 1967

**No. P67/228.**—Lund & Pullara *v.* United States, protest 63/16052 (Tampa).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of stained glass windows, which are works of art, valued at more than $15 per square foot, similar in all material respects to those the subject of *V. Rev. Kilian McGowan, C. P. Rector* v. *United States* (56 Cust. Ct. 450, C.D. 2673), the claim of the plaintiff was sustained.

**No. P67/229.**—U.S. Asiatic Co., Inc. *v.* United States, protest 66/50656 (New York).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of ceramic cups and saucers, which are chiefly used for display and decoration, similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 10, 1967

**No. P67/230.**—E. Miltenberg, Inc. *v.* United States, protest 65/13862 (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of parts of stethoscopes similar in all material respects to those the subject of *Empire Findings Co., Inc.* v. *United States* (51 Cust. Ct. 262, Abstract 68126), the claim of the plaintiff was sustained.

**No. P67/231.**—Service Cycle Supply Corp. *v.* United States, protests 65/17374, etc. (New York).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of certain padlocks similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiff was sustained.